Monica M. Ryden (State Bar No. 023986)
Danielle M. Huber (State Bar No. 040928)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com
Danielle.Huber@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Bowden, | Case No: |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Hims and Hers LLC, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and LRCiv 3.6, Defendant Hims, Inc. ("Defendant")[1] removes this Action to the U.S. District Court for the District of Arizona on the following grounds:

1.      Plaintiff Dimitri Bowden ("Plaintiff") filed this civil action in the Arizona Superior Court, Maricopa County, Case No. CV2026-005193, with the above caption.

2.      Copies of the Summons, Complaint, and Civil Coversheet were served via waiver of service signed on March 11, 2026.

---

[1] Plaintiff inaccurately identifies the proper Defendant in the caption. As Plaintiff's employer, Hims, Inc. should be the named entity as Defendant. Hims and Hers LLC is not an entity.

3.    Pursuant to LRCiv 3.6, the following documents are attached as **Exhibits A - P** and constitute a complete copy of the file in the Arizona Superior Court, Maricopa County file number CV2026-005193:

   a.    State court docket **(Exhibit A)**;

   b.    Complaint **(Exhibit B)**;

   c.    Summons **(Exhibit C)**;

   d.    Civil Coversheet **(Exhibit D)**;

   e.    Motion to Supplement Record **(Exhibit E)**;

   f.    Defendant's Motion to Dismiss Due to Improper Service Pursuant to Rule 12(B)(4) & (5) **(Exhibit F)**;

   g.    Motion to Deny/Strike Compelled Arbitration **(Exhibit G)**;

   h.    Plaintiff's Response to Defendant's Motion to Dismiss For Improper Service **(Exhibit H)**;

   i.    Reply in Support of Motion to Dismiss for Improper Service Pursuant to Rule 12(B)(4) & (5) **(Exhibit I)**;

   j.    Motion and Declaration Regarding Defense Counsel's Delay Tactics and Failure to Cooperate **(Exhibit J)**;

   k.    Plaintiff's First Request for Production Regarding Email Transmission and Communications Relating to Service of Documents **(Exhibit K)**;

   l.    Declaration of Dimitri Bowden Re: Service by Email After Returned Mail **(Exhibit L)**;

   m.    Waiver of Service **(Exhibit M)**

   n.    Minute Entry **(Exhibit N)**;

   o.    Motion to Expose Defense Counsel's Pattern of Dishonesty, Gamesmanship, and Bad Faith with Request for Sanctions or Corrective Relief **(Exhibit O)**;

2

p.    Notice of Service of Plaintiff's Request for Production of Documents (**Exhibit P**);

4.    Pursuant to LRCiv 3.6(b), undersigned counsel verifies that, to the best of her knowledge and belief, the documents attached as **Exhibits A-P** to this notice are true and complete copies of all pleadings and other documents filed in the state court proceeding.

5.    This Notice is being filed within thirty days of the Plaintiff's service of process.  Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

6.    Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in the County of Maricopa.  Defendant, on this same date, has provided written notice of this filing to Plaintiff, as required under 28 U.S.C. § 1446 and LRCiv 3.6, attached as **Exhibit Q**.

7.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, based on claims brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., and is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c) based on federal question jurisdiction.

8.    Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the state law claims that are brought.

9.    Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district and this is the judicial district in which the alleged events giving rise to the claims occurred.

For the foregoing reasons, the Defendant removes this case from the Superior Court of the State of Arizona to the United States District Court, District of Arizona.

3

DATED:  March 18, 2026.

JACKSON LEWIS P.C.

By:/s/ *Danielle M. Huber*
Monica M. Ryden
Danielle M. Huber
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by mail and email to the following address:

Dimitri Bowden
8205 S. Priest Dr. #12191
Tempe, Arizona 85284
Handleyourbusiness2028@outlook.com

*Plaintiff, Pro Per*

By:/s/ *Amalia Tafoya*

4926-1323-7140, v. 1

5